IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CR-85-WKW |
| | ) | |
| CAMRON DOLECHECK | ) | |

**MEMORANDUM OPINION AND ORDER**

Before the court are (1) Defendant's Motion for Early Termination of Supervision (Doc. # 75); and (2) the United States Probation Officer's Petition for Modification of the Conditions of Supervised Release (Doc. # 65). A hearing was held on the motion on March 6, 2025, at which the Assistant United States Attorney stated that the Government had no objection to Defendant's motion for early termination of supervised release. The supervising probation officer also "does not oppose the early termination of supervised release." (Doc. # 78.) For the reasons to follow, the motion will be granted, and the petition will be dismissed as moot.

The Motion for Early Termination of Supervision will be addressed first. A court may terminate a term of supervised release under specified conditions, as set out in 18 U.S.C. § 3583(e)(1). The defendant must have completed one year of supervised release, and the court must find, after considering the factors set forth in 18 U.S.C. § 3553(a), that "such action is warranted by the conduct of the defendant released and the interest of justice." § 3583(e)(1); *see also United States v. Trailer*,

827 F.3d 933, 937–38 (11th Cir. 2016) (observing that a "life term of supervised release can be shortened in the future by the district court" and that a defendant "may also seek early termination of his supervised release after he has served at least one year of the term").

Mr. Dolecheck's term of supervised release commenced on April 25, 2018; hence, he has served more than one year of supervised release. Additionally, early termination of supervised release is warranted by Mr. Dolecheck's conduct. His supervising probation officer has filed a status report (Doc. # 78), documenting Mr. Dolecheck's satisfactory performance during his seven years under supervision. To summarize, Mr. Dolecheck has had no violations while on supervision, is in compliance with registration requirements under the federal Sex Offender Registration and Notification Act, has passed all drug screens and polygraph tests, and has satisfied all criminal monetary payments. (Doc. # 78.) Mr. Dolecheck's compliance with the conditions of release and his behavior while on supervision have been carefully considered.

The court also has weighed the applicable § 3553(a) factors—particularly the nature and circumstances of Mr. Dolecheck's offense, his personal history and characteristics, and the need to protect the public and afford adequate deterrence. After considering the statutory requirements, and there being no objection to the motion by either the supervising probation officer or the Government, the court finds

that, based on the interest of justice and Mr. Dolecheck's conduct, early termination of his term of supervised release is warranted.

Accordingly, it is ORDERED that Defendant's Motion for Early Termination of Supervision (Doc. # 75) is GRANTED and that his previously imposed term of supervised release is TERMINATED as of this date.

It is further ORDERED that the United States Probation Officer's Petition for Modification of the Conditions of Supervised Release (Doc. # 65) is DISMISSED as moot.

DONE this 10th day of March, 2025.

                                        /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE